# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA D. TUCKER, | CASE NO. 07CV1034 WQH (WMc) |
| Plaintiff, | ORDER GRANTING ATTORNEY'S FEES PURSUANT TO JOINT MOTION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

HAYES, Judge:

On February 13, 2008, the parties filed a joint motion for an order awarding Plaintiff attorney's fees under the Equal Access to Justice Act in the amount of $2,900.00. (Doc. # 21). Good cause appearing, the joint motion (Doc. # 21) is GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff is awarded $2,900.00 under the Equal Access to Justice Act.

DATED: February 19, 2008

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge

- 1 -